In the Matter of ARTHUR KAHN et al., Petitioners, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et' al., Respondents.— Order affirmed. No opinion. All concur. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

In the Matter of PEDRO CATAPANG et al., Petitioners, against ALBERT M. SARMIENTO et al., Respondents.— Order affirmed. No opinion. All concur. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

In the Matter of EARL BROWN, Petitioner, against JAMES M. POWER et al., as Commissioners of Elections of the City of New York, et al., Respondents.— Order affirmed. No opinion. All concur. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

## (September 22, 1953.)

WILLIAM HARNICK, Appellant, v. SAMUEL JAWITZ, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore and Breitel, JJ. [See *ante,* p. 230.]

CHAIM EMETH, INC., v. CEMETERY GARDENS, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See 281 App. Div. 1025.]

## (September 29, 1953.)

In the Matter of the Voluntary Dissolution of MORRAL REALTY CORP. RALPH R. JANIS, Respondent; MAX LEVIN, Appellant; NATHANIEL L. GOLD-STEIN, as Attorney-General of the State of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

JAMES W. TATE, Respondent, v. WALKER MEMORIAL BAPTIST CHURCH et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.

In the Matter of JOHN J. DAY, Appellant, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ.